| | |
|---|---|
| Name | Gerald Maltz |
| Bar # | (004908) |
| Firm | Miller, Pitt, Feldman & McAnally, PC |
| Address | One South Church Avenue, Suite 1000 |
| | Tucson, AZ 85701 |
| Telephone | 520-792-3836 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHH Mortgage Corporation

    Plaintiff,

vs.

Arch U.S. MI Service, Inc.

    Defendant.

**Case No.**

**Corporate Disclosure Statement**

This Corporate Disclosure Statement is filed on behalf of PHH Mortgage Corporation in compliance with the provisions of: *(check one)*

[✔] Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

[ ] Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

[ ] Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

|   |   |
|---|---|
| 1 | **The filing party hereby declares as follows:** |
| 2 | ☐ No such corporation. |
| 3 | ☑ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)* |
| 4 | Ocwen Financial Corporation     Relationship wholly owned subsidiary |

1   **The filing party hereby declares as follows:**

2   ☐ No such corporation.

3   ☑ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

4   Ocwen Financial Corporation    Relationship wholly owned subsidiary

5   ☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

7   _____ Relationship_____

8   ☐ Other(please explain)

9   _____

10

11   **A supplemental disclosure statement will be filed upon any change in the information provided herein.**

13   Dated this  3  day of  September , 2021 .

15

16   /s/ Gerald Maltz
    Counsel of Record

19   Certificate of Service:

- 2 -