# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PHH Mortgage Corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Arch U.S. MI Service Incorporated,<br><br>　　　　　Defendant. | No. CV-21-01516-PHX-DLR<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation for 60-Day Stay of Case (Doc. 17), and good cause appearing;

**IT IS ORDERED** that, pursuant to the parties' stipulation, this case is stayed for 60 days. The current deadline for Defendant Arch U.S. MI Services, Inc. to file a response to the First Amended Complaint is extended from December 21, 2021, until **February 21, 2022**.

Dated this 23rd day of December, 2021.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Douglas L. Rayes
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge