# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PHH Mortgage Corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Arch U.S. MI Service Incorporated,<br><br>　　　　　Defendant. | No. CV-21-01516-PHX-DLR<br><br>**ORDER** |

The Court having reviewed the parties' Joint Motion to Stay Initial Disclosures and Discovery Schedule Dates (Doc. 26), and good cause appearing;

**IT IS ORDERED** that the parties' joint motion is GRANTED. The Rule 16 Scheduling Conference currently set for May 5, 2022, is VACATED, to be rescheduled for a date to be determined, and that the following deadlines are stayed pending the resolution of the Defendant's Motion for Partial Summary Judgment re Collateral Estoppel (Doc. 25):

1. Deadline to exchange Rule 26(a)(1) initial disclosures (currently April 14, 2022);
2. Deadline to serve initial document discovery requests (currently April 21, 2022); and
3. Deadline for the parties to conduct a Rule 26(f) Meeting and develop a joint proposed Discovery Plan (currently April 21, 2022).

Dated this 8th day of April, 2022.

Douglas L. Rayes
United States District Judge