Gerald Maltz (004908)
Stanley G. Feldman (000838)
**Miller, Pitt, Feldman & McAnally, PC**
One South Church Avenue, Suite 900
Tucson, AZ  85701
T:  (520) 792-3836
F:  (520) 624-5080
Email: sfeldman@mpfmlaw.com
       gmaltz@mpfmlaw.com

David M. Halbreich (*pro hac vice pending*)
David E. Weiss (*pro hac vice pending*)
Matthew D. Rosso (*pro hac vice pending*)
Margaret McDonald (*pro hac vice pending*)
Reed Smith LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
T:  (213) 457-8033
F:  (213) 457-8080
Email:  DHalbreich@ReedSmith.com
        DWeiss@ReedSmith.com
        MRosso@ReedSmith.com
        MMcDonald@ReedSmith.com

*Attorneys for PHH Mortgage Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| PHH MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>ARCH U.S. MI SERVICE, INC.,<br><br>Defendant. | Case No. 2:21 CV 01516<br><br>**STIPULATION TO EXTEND TIME FOR FILING OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT; AND PROPOSED ORDER** |

Pursuant to LRCiv. 6.1 and 7.3, Plaintiff PHH Mortgage Corporation ("PHH"), by and through its counsel undersigned, and Defendant Arch U.S. MI Services, Inc. ("Arch"), by and through its counsel undersigned, and hereby request that the Court extend the deadline for PHH to file its response to Arch's Motion for Partial Summary Judgment re Collateral

- 1 -

**STIPULATION TO EXTEND TIME FOR FILING OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT; AND PROPOSED ORDER**

Estoppel (the "Collateral Estoppel Motion") by two weeks from April 25, 2022 to May 9, 2022. This Joint Motion is based on the following:

1. This lawsuit involves 2,733 individual mortgage loans, each one of which was covered by a policy of mortgage insurance issued by PMI Mortgage Insurance Company ("PMI"). PHH (or its predecessor) submitted claims under each of those insurance policies, which PMI then either denied or curtailed (paid a reduced amount).

2. On March 24, 2022, Arch filed its Collateral Estoppel Motion.

3. Due to scheduling conflicts, including work travel and planned vacation, PHH requires an additional two weeks to file its Response to the Collateral Estoppel Motion.

4. This is PHH's first request for an extension of time to respond to the Collateral Estoppel Motion.

5. Arch does not oppose PHH's request for a two week extension to file its Response to the Collateral Estoppel Motion.

Based on the foregoing, the parties request that the Court enter an Order extending the deadlines for PHH to file its Response to the Collateral Estoppel Motion from April 25, 2022 to May 9, 2022. A proposed form of Order is being lodged with the Court.

**DATED** this 14 day of April, 2022.

**REED SMITH LLP**

By:   */s/ David M. Halbreich*
          Gerald Maltz (004908)
          Stanley G. Feldman (000838)
          **Miller, Pitt, Feldman & McAnally, PC**
          One South Church Avenue, Suite 900
          Tucson, AZ  85701

          David M. Halbreich (*pro hac vice*)
          David E. Weiss (*pro hac vice*)
          Matthew D. Rosso (*pro hac vice*)
          Reed Smith LLP
          355 South Grand Avenue, Suite. 2900
          Los Angeles, CA 90071

*Attorneys for Plaintiff PHH Mortgage Corpo*ration

- - 2 - -

**STIPULATION TO EXTEND TIME FOR FILING OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT; AND PROPOSED ORDER**

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**VAN COTT & TALAMANTE, PLLC**

By: */s/ Ryan J. Talamante*
    Joyce N. Van Cott
    Ryan J. Talamante
    3030 North Third Street, Suite 790
    Phoenix, Arizona 85012

*Attorneys for Defendant Arch U.S. MI Service, Inc.*

**STIPULATION TO EXTEND TIME FOR FILING OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT; AND PROPOSED ORDER**

REED SMITH LLP
A limited liability partnership formed in the State of Delaware